# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

SANDRA O'BRIEN,

    Plaintiff,

v.

JENNIFER BRUNNER, in her official
capacity as Ohio Secretary of State, *et al.*,

    Defendants.

Case No. 2:09-cv-733

JUDGE EDMUND A. SARGUS, JR.

## AGREED ORDER OF DISMISSAL

The parties having advised the Court that they have reached a settlement of Plaintiff's claims for attorney fees and costs, by agreement of the parties, it is hereby **ORDERED** that Plaintiff's remaining claims are dismissed, with prejudice. Any of the parties may, upon good cause shown, within 60 days, reopen the action if settlement is not consummated. The Court retains jurisdiction over the settlement agreement for purposes of its enforcement.

**IT IS SO ORDERED.**

\_\_\_\_\_12-15-2009\_\_\_\_\_  
**DATED**

_____  
**EDMUND A. SARGUS, JR.**  
**UNITED STATES DISTRICT JUDGE**

**AGREED TO BY:**

*s/ David R. Langdon*
David R. Langdon (0067046)
Bradley M. Peppo (0083847)
LANGDON LAW LLC
11175 Reading Road, Ste. 104
Cincinnati, Ohio 45241
(513) 733-1038
(513) 577-7383 fax
dlangdon@langdonlaw.com
bpeppo@langdonlaw.com

*Attorneys for Plaintiff*
*Sandra O'Brien*


*s/ Damian Sikora*
Richard N. Coglianese (0066830)
Damian Sikora (0075224)
Assistant Attorney Generals
30 East Broad Street, 16th Floor
Columbus, Ohio 43215-2400
(614) 466-2872
(614) 728-7592 fax
richard.coglianese@ohioattorneygeneral.gov
damian.sikora@ohioattorneygeneral.gov

*Attorneys for Defendant*
*Jennifer L. Brunner, Ohio Secretary of State*


*s/ Pearl Chin*
Pearl Chin (0078810)
Assistant Attorney General
30 East Broad Street, 16th Floor
Columbus, Ohio 43215-2400
(614) 466-2872
(614) 728-7592 fax
pearl.chin@ohioattorneygeneral.gov

*Attorney for Defendant*
*Ohio Election Commission*